Ramon Murillo
FULL NAME

COMMITTED NAME (if different)

480 Alta Road
FULL ADDRESS INCLUDING NAME OF INSTITUTION

San Diego, CA, 92179

PRISON NUMBER (if applicable) P43503

LODGED
CLERK, U.S. DISTRICT COURT
DEC - 7 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CASE NUMBER
CV11-10131 (VBK)
To be supplied by the Clerk

Ramon Murillo

PLAINTIFF,

v.

Ian Parkinson - San Luis Obispo County Sheriff et al.,

DEFENDANT(S).

CIVIL RIGHTS COMPLAINT
PURSUANT TO (Check one)
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☒ Yes  ☐ No

2. If your answer to "1." is yes, how many? ___1___

    Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

    Los Angeles County Deputies Denied Medical Care and refused to provided court order medical treatment.

    — Case was settle & Dismiss.

RECEIVED
CLERK, U.S. DISTRICT COURT
DEC -2 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

a. Parties to this previous lawsuit:
   Plaintiff __Ramon Murillo__

   Defendants __Los Angeles County Sheriff__

b. Court __US Central District Court__

c. Docket or case number _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) __Dismissed__

f. Issues raised: _____

g. Approximate date of filing lawsuit: _____

h. Approximate date of disposition __Dismissed / Settlement__

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☐ Yes ☒ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes ☒ No

   If your answer is no, explain why not __Defendant' own policy does not provided complaint forms for this issues before the court.__

3. Is the grievance procedure completed? ☐ Yes ☒ No

   If your answer is no, explain why not __None available__

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff __Ramon Murillo__
(print plaintiff's name)

who presently resides at __480 Alta Road San Diego, CA 92179__,
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at __San Luis Obispo County Jail__
(institution/city where violation occurred)

on (date or dates) 3/19/11 TO 4/4/11 , 3/19/11 TO 4/4/11 , 3/19/11 TO 4/4/11 .
                                      (Claim I)           (Claim II)          (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __Ian Parkinson - Sheriff - San Luis Obispo County__ resides or works at
   (full name of first defendant)
   __1585 Kansas Avenue, San Luis Obispo, CA, 93406__
   (full address of first defendant)
   __Sheriff__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __HAD the final decision making power to implement, supervise, train employees, authorized claimed herein.__

2. Defendant __County of San Luis Obispo__ resides or works at
   (full name of first defendant)
   __1055 Monterey, D# 320, San Luis Obispo CA, 93408__
   (full address of first defendant)
   __County__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __Has the policy making power & final say on what the Sheriff Dept. is allowed to do & Implement & vested power to run its own county jails.__

3. Defendant __Deputy Ulloa__ resides or works at
   (full name of first defendant)
   __1585 Kansas Ave, San Luis Obispo, CA 93406__
   (full address of first defendant)
   __Deputy Sheriff__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __While on duty, help to carry out policies that deprived plaintiff from his constitutional rights & inflicted a beating on plaintiff as retaliation and for his sexual orientation.__

---

CV-66 (7/97)                         **CIVIL RIGHTS COMPLAINT**                      Page 3 of 6

4. Defendant __DEPUTY MAYES__ resides or works at
(full name of first defendant)

__1585 Kansas Ave, San Luis Obispo, CA, 93406__
(full address of first defendant)

__County Deputy Sheriff__
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

Because while on duty carried out policies that deprived plaintiff of his constitutional rights & inflicted a beating on plaintiff as retaliation and for his sexual orientation.

5. Defendant __DEPUTY MANPAL__ resides or works at
(full name of first defendant)

__1585 Kansas Ave, San Luis Obispo, CA, 93406__
(full address of first defendant)

__County Deputy Sheriff__
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

While on duty carried out policies that deprived plaintiff of his constitutional rights & inflicted a beating on plaintiff as retaliation and for his sexual orientation.

6. Defendant __Deputy Adams__ works at
__1585 Kansas Ave, San Luis Obispo, CA, 93406__
position: __County Deputy Sheriff__
* The defendant is sued in his Individual & official capacity.

* Defendant acted under color of law: while on duty carried out policies that deprived plaintiff of his constitutional right & inflicted a beating on plaintiff as retaliation and for his sexual orientation.

7. Defendant: __Sgt. Rushing__ works at: 1585 Kansas Ave, San Luis Obispo, CA, 93406 : County Deputy Sheriff  * Defendant sued in both Individual & official capacity.

Color of law: Deprived plaintiff of constitutional rights and allowed the beating of plaintiff.

8. San Luis Obispo County Jail.

D. CLAIMS*

## CLAIM I

The following civil right has been violated:

Violation of the 1st Amendment & 14th Amendment:

San Luis Obispo County, Sheriff Ian Parkinson, and all named Sheriff Deputies and SGT Rushing, violated Plaintiff 1st Amendment Right to complaint and Retaliated.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

✗ Please see attached Memorandum of Points & Authority.

✗ All Defendants ✗

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

① Nominal compensation

② Compensation from all Defendants In the Sum of $550,000.00

③ Punitive Damages in the Amount of $600,000.00

④ Pain & Suffering, Emotional Distress, Emotional Pain in the sum of $500,000.00

⑤ Cost incurred in Prosecuting This case, court cost.

⑥ All other Relief Deem order By this court.

11/4/11
(Date)

(Signature of Plaintiff)

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA )
) SS
COUNTY OF )

[C.C.P. §§ 446, 2015.5; 28 U.S.C. §1746]

I, Daniel Vega, am a resident of the State of California and am over the age of eighteen years and am not a party to the above-entitled action. My address is listed below.

On Nov 29 2011, I served the following documents:

42 U.S.C § 1983 Civil Complaint.

by placing a true copy thereof enclosed in a sealed envelope with First Class postage thereon fully prepaid in the United States Mail by delivering to prison officials for processing through the institution's internal legal mail system at _____ California, addressed as follows::

U.S D C
Central District Court
312 N Spring St
Los Angeles CA
90012

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in the County of _____ California on 11-29-11.

Daniel Vega
4800 Hetta Road
San Diego, CA, 92173

x Vega 11/30/11

Pursuant to the holding of the United States Supreme Court in Houston v. Lack 108 S. Ct. 2379, 487 U.S. 266, 101 L.Ed.2d 245 (1988) and FRAP, Rule 4 (c) inmate legal documents are deemed filed on the date they are delivered to prison staff for processing and mailing via the Institution's internal legal mail procedures.

# CLAIM II

**D.2:** THE FOLLOWING CIVIL RIGHT HAS BEEN VIOLATED:

VIOLATION: DEFENDANTS ULLOA, MAYES, MANPAL, ADAMS, and SGT. RUSHING, VIOLATED PLAINTIFF'S 1st AMENDMENT and 14th AMENDMENT RIGHTS WHEN THEY RETALIATED BY BEATING PLAINTIFF FOR EXERCISING HIS RIGHTS, and FOR BEING A TRANSGENDER;

**SUPPORTING FACTS:** ★ PLEASE SEE ATTACHED MEMORANDUM OF POINTS & AUTHORITY

# CLAIM III

THE FOLLOWING CIVIL RIGHTS HAS BEEN VIOLATED: VIOLATION OF THE 1st AMENDMENT & 14th AMENDMENT RIGHTS: DEFENDANTS DENIED ACCESS TO A LAW LIBRARY AND TO PLAINTIFF COURT ORDER LEGAL MATERIAL AND TO FOOD AND HYGIENE;

**SUPPORTING FACTS:** PLEASE SEE ATTACHED MEMORANDUM OF POINTS & AUTHORITY:



