Ramon Murillo
FULL NAME

COMMITTED NAME (if different)
480 Alta Road
FULL ADDRESS INCLUDING NAME OF INSTITUTION

San Diego CA, 92179

FILED
CLERK U.S. DISTRICT COURT
JAN 1 2 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

LODGED
CLERK U.S. DISTRICT COURT
DEC - 7 2011
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

PRISON NUMBER (if applicable)
P43503

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CV11-10131 (VBK)

CASE NUMBER

*To be supplied by the Clerk*

Ramon Murillo

PLAINTIFF,

Ian Parkinson - San Luis Obispo County Sheriff
et al.,

DEFENDANT(S).

CIVIL RIGHTS COMPLAINT
PURSUANT TO *(Check one)*

☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A.  PREVIOUS LAWSUITS

1.  Have you brought any other lawsuits in a federal court while a prisoner: ☒ Yes   ☐ No

2.  If your answer to "1." is yes, how many? _____1_____

    Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

    Los Angeles County Deputies Denied Medical care and refused to provided court order Medical Treatment.

    — Case was settle & Dismiss.

RECEIVED
CLERK, U.S. DISTRICT COURT
DEC -2 2011
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

a.  Parties to this previous lawsuit:
Plaintiff _Ramon MURillo_

Defendants _Los Angeles county Sheriff_

b.  Court _U.S Central District court_

c.  Docket or case number _____

d.  Name of judge to whom case was assigned _____

e.  Disposition (For example: Was the case dismissed?  If so, what was the basis for dismissal?  Was it
    appealed?  Is it still pending?) _Dismissed_

f.  Issues raised: _____

g.  Approximate date of filing lawsuit: _____

h.  Approximate date of disposition _Dismissed   Settlement_

## B.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

1.  Is there a grievance procedure available at the institution where the events relating to your current complaint
    occurred?  ☐ Yes   ☒ No

2.  Have you filed a grievance concerning the facts relating to your current complaint?  ☐ Yes   ☒ No

    If your answer is no, explain why not _Defendant' own policy does not
    provided Complaint forms for this issues before
    the court._

3.  Is the grievance procedure completed?  ☐ Yes   ☒ No

    If your answer is no, explain why not _None available_

4.  Please attach copies of papers related to the grievance procedure.

## C.  JURISDICTION

This complaint alleges that the civil rights of plaintiff _Ramon MURillo_
                                                          (print plaintiff's name)
who presently resides at _480 ALTA Road San Diego CA 92179_ ,
                         (mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

_San Luis Obispo county Jail_
(institution/city where violation occurred)

---

CV-66 (7/97)                          **CIVIL RIGHTS COMPLAINT**                          Page 2 of 6

on (date or dates) 3/19/11 TO 4/4/11 , 3/19/11 TO 4/4/11 , 3/19/11 TO 4/4/11.
(Claim I)                (Claim II)              (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant Ian Parkinson - Sheriff - San Luis Obispo County resides or works at
(full name of first defendant)

1585 Kansas Avenue, San Luis Obispo, CA 93406
(full address of first defendant)

Sheriff
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law:

HAD The Final DECISION making power TO implement, supervise, Train Employers, authorized claimed herein.

2. Defendant County of San Luis Obispo resides or works at
(full name of first defendant)

1055 Monterey , D# 320, San Luis Obispo CA, 93408
(full address of first defendant)

County
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law:

HAS The policy making power & final Say on what The sheriff Dept is allowed TO Do & Implement & vested power to run its own county jail.

3. Defendant Deputy Ulloa resides or works at
(full name of first defendant)

1585 Kansas Ave, San Luis Obispo, CA 93406
(full address of first defendant)

Deputy sheriff
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law:

While on Duty, Help To carry out policies that deprived Plaintiff Their Hu constitutional rights & inflicted a Beating on plaintiff as retaliation and for his sexual orientation.

---

4. Defendant ___DEPUTY   MAYES_____ resides or works at
(full name of first defendant)

___1585 KANSAS AVE, SAN LUIS OBISPO, CA, 93406_____
(full address of first defendant)

___County Deputy Sheriff_____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:

Because while on duty carried out policies that deprived plaintiff of his
constitutional rights & inflicted a beating on plaintiff as retaliation and for
his sexual orientation.

5. Defendant ___DEPUTY   MINARC_____ resides or works at
(full name of first defendant)

___1585 KANSAS AVE, SAN LUIS OBISPO, CA, 93406_____
(full address of first defendant)

___County Deputy Sheriff_____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:

While on duty carried out policies that deprived plaintiff of his constitutional
rights & inflicted a beating on plaintiff as retaliation and for his
sexual orientation.

6. Defendant ___DEPUTY   ADAMS_____ works at

1585 KANSAS AVE, SAN LUIS OBISPO, CA, 93406

position: County Deputy Sheriff_____

* The defendant is sued in his Individual & official capacity.

* Defendant acted under color of law: while on duty carried out policies
that deprived plaintiff of his constitutional right & inflicted a beating on
plaintiff as retaliation and for his sexual orientation.

7. Defendant: SGT. Rushing works at: 1585 KANSAS AVE, SAN LUIS OBISPO
CA, 93406 ; County Deputy Sheriff   * Defendant sued in both
individual & official capacity.

Color of law: Deprived plaintiff of constitutional rights and allowed
the beating of plaintiff.

8. San Luis Obispo County Jail.

**D. CLAIMS***

**CLAIM I**

The following civil right has been violated:

Violation of the 1st Amendment & 14th Amendment?

San Luis Obispo County, Sheriff Ian Parkinson, and All Named Sheriff Deputies and SGT Rushing, violated Plaintiff 1st Amendment Right to complaint and Retaliated.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

✗ Please see attached Memorandum of Points & Authority.

✗ All Defendants ✗

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

**E. REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

① Nominal compensation

② Compensation from all Defendants In the Sum of $550,000.00

③ Punitive Damages in the Amount of $600,000.00

④ Pain & Suffering, Emotional Distress, Emotional Pain in the Sum of $500,000.00

⑤ Cost incurred in Prosecuting This Case, Court Cost.

⑥ All Other Relief Deem order By This Court.

11/7/11
_____
(Date)

_____
(Signature of Plaintiff)

PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA      )
                         ) SS
COUNTY OF                )

[C.C.P. §§ 446, 2015.5; 28 U.S.C. §1746]

I, Daniel Vega, am a resident of the State of California and am over the age of eighteen years and am not a party to the above-entitled action. My address is listed below.

On Nov 29, 2011, I served the following documents:

42 U.S.C § 1983 Civil Complaint.

by placing a true copy thereof enclosed in a sealed envelope with First Class postage thereon fully prepaid in the United States Mail by delivering to prison officials for processing through the institution's internal legal mail system at _____ California, addressed as follows::

U.S DC
Central District Court
312 N Spring St
Los Angeles CA
        90012

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in the County of _____ California on 11-29-11.

Daniel Vega
480 Alta Road
San Diego, CA, 92125

X _Vega J_   4/30/11

Pursuant to the holding of the United States Supreme Court in Houston v. Lack 108 S. Ct. 2379, 487 U.S. 266, 101 L.Ed.2d 245 (1988) and FRAP, Rule 4 (c) inmate legal documents are deemed filed on the date they are delivered to prison staff for processing and mailing via the Institution's internal legal mail procedures.

**D.2:** THE following Civil Right has been violated :

Violation : Defendant's ULLOA, MAYES, MANPAL, ADAMS, and Sgt. Rushing, violated Plaintiff's 1st Amendment and 14th Amendment Rights when THEY Retaliated by Beating Plaintiff for exercising His Rights, and For Being a TRansgender ;

Supporting Facts : * PLEASE SEE ATTACHED MEMORANDUM OF POINTS & AUTHORITY

# CLAIM III

THE following Civil Rights has been violated? Violation OF THE 1st Amendment & 14th Amendment Rights : Defendants Denied Access to A Law Library and TO Plaintiff court order Legal material and to Food and Hygiene ?

Supporting Facts? PLEASE SEE ATTACHED MEMORANDUM OF POINTS & AUTHORITY :







**TERRY NAFISI**

District Court Executive
and Clerk of Court

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**
312 North Spring Street, Room G-8  Los
Angeles, CA  90012
Tel: (213) 894-7984

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Thursday, January 12, 2012

**RAMON MURILLO
P-43503
480 ALTA ROAD
SAN DIEGO, CA. 92179**

Dear Sir/Madam:

A Complaint for Civil Rights was filed today on your behalf and assigned civil case number CV11- 10131 GAF (VBK)

A ☐ Motion for Extension of Time to File Habeas Corpus Petition was filed today on your behalf and assigned civil case number _____

Please refer to this case number in all future communications.

Please Address all correspondence to the attention of the Courtroom Deputy for:

☐ District Court Judge _____

☒ Magistrate Judge _____ **Victor B. Kenton** _____

at the following address:

☒ U.S. District Court
312 N. Spring Street
Civil Section, Room G-8
Los Angeles, CA  90012

☐ Ronald Reagan Federal
Building and U.S. Courthouse
411 West Fourth St., Suite 1053
Santa Ana, CA  92701-4516

☐ U.S. District Court
3470 Twelfth Street
Room 134
Riverside, CA 92501

The Court must be notified within fifteen (15) days of any address change.  If mail directed to your address of record is returned undelivered by the Post Office, and if the Court and opposing counsel are not notified in writing within fifteen (15) days thereafter of your current address, the Court may dismiss the case with or without prejudice for want of prosecution.

Sincerely,

Clerk, U.S. District Court

By: ___ RMARSHAL _____

Deputy Clerk

CV-19 (04/01)                    **LETTER re FILING CIVIL RIGHTS COMPLAINT**