Ramon Murillo
Attorney -Per-se
480 Alta Road
San Diego, CA, 92179

FILED
CLERK, U.S. DISTRICT COURT

MAR 26 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## Central District of California

| | |
|---|---|
| Ramon Murillo<br>Plaintiff<br><br>vs.<br>1. Ian Parkinson -Sheriff of<br>San Luis Obispo County<br>2. County of San Luis Obispo<br>3. Deputy Ulloa<br>4. Deputy Manpal<br>5. Deputy Adams<br>6. Deputy Mayes<br>7. Sgt. Rushing<br>8. San Luis Obispo County Jail<br>Defendants | Case no. CV11- 10131 (GAF)<br> CVBk<br><br>First Amended Complaint<br>Memorandum of Points<br>and Authorities<br>§ 42 U.S.C § 1983<br>Filed via U.S Mail.<br><br>Complaint<br>Filed: 11-30-11 |

## Jurisdiction:

1. Jurisdiction is invoked pursuant to 28 U.S.C § 1343 (3)(3) and 42 U.S.C § 1983, and by Order of the Southern District of California case no# 11-CV-1687-BEN.

1 OF 38

Amended Complaint,

2. 42 U.S.C. § 1983: ALL DEFENDANTS ACTED WITH DELIBERATE
   Indifference

3. Defendants ACTED Under color of Law and being sued
   in official and Individual Capacity.

4. 42 U.S.C. § 1985:

5. THE PURPOSE of Denying Law Library, Retaliation, and the
   discrimination of plaintiff° transgender orientation, was
   TO Deprive the Plaintiff Of Equal Protection and Equal
   Privileges and Immonities OR TO OBSTRUCT The courtsle
   if notice TO The STATE.

6. Defendants INTENDED TO DISCRIMINATE against Plaintiff.

7. Defendant ACTED under Color of Law and Authority.

8. The ACTS DONE in Furtherance Of the Conspiracy
   resulting in injury TO The plaintiff' PERSON OR Property or
   Prevented Him From Exercising A Right OR Privileage as a
   U.S. Citizen.

9. Plaintiff IS A MEMBER of Class that requires special FEDERAL PROTECTION.

   42 U.S.C. § 1986:

10. Defendants knew of the Policy That VIOLATED Civil Rights and
    Had THE POWER TO PREVENT THE Right VIOLATION, BUT REFUSED and
    Neglected TO DO SO. Therefore, are Liable TO The PERSON injured.

11. Prison/Sheriff/County/County Jail Authorities knew or should
    Have known of the Conduct of Defendants.

         Amended Complaint

12. Defendants Intention: of Causing or Reckless disregard of the Probability of Causing Emotional DISTRESS and Physical Injury.

13. Plaintiff was beaten, DISCRIMINATED for being Transgender.

14. Plaintiff Suffered Sever & Extreme Emotional DISTRESS.

15. DEFENDANT had The DUTY TO foresee The Harm TO Plaintiff.

16. There is a moral Blame ATTACHED to defendants conduct.

17. Defendant acting in the Scope of Employement engaged in wrongful Conduct.

18. The wrongful conduct Caused Plaintiff to Suffered injury, Damage, Loss and Harm, Emotional DISTRESS, Pain and Suffering.

19. Defendants are personally Liable.

20. Plaintiff has exhausted what ever remedies where made available to him.

21. Plaintiff also has meet Cal. Govt. Code § 954.4, 3911.2 and Under: Munoz v. California, 33 Cal. App. 4th 1767 (1995).

## SUMMARY   OF FACTS &

22. On OR about 3-19-11 TO 4-4-11 plaintiff was Housed at San Luis Obispo County Jail for a Civil Lawsuit, Booking number A00601152, ID # 442597 (Exhibit 1).

Amended Complaint          3 of 38

23. Plaintiff ARRIVED with 6 Boxes of active Legal Material For the trial at San Luis Obispo, in the case of MURILLO V. KNIZE Case No. CV060845.

24. Plaintiff Request Defendants access to the Law Library, 39 times in accord with the County and County Jail Rules and Procedures being given to Inmates. (Exhibit 2).

25. Upon Plaintiff asking, For access to Law Library, he was Told, that defendants no Longer made a Law Library available Due To Budget Cut.

26. Plaintiff being a Transgender and being Per-Pro (Pro Per) recieved retaliation For Requesting his Legal material and Plaintiff was placed in Administration Segregation. (Cell A6)

27. Plaintiff was Denied Access to his own Legal material To Prepare for Civil Trial, so he could File Motions, get ready for Witness, Court Rules.

28. Deputy OLGA, Mayes, Denied Plaintiff access not only To A Law Library, But also to his own Legal material, Yard Exercise in 10 days, Showers, and not Feed Diner To Plaintiff upon his daily return from Trial.

29. On March 23, 2011, Plaintiff Exercised his 1st amendment Right To Access To The Court and complain directly to the Court about defendants denying or not making a Law Library available for Plaintiff (Inmates) or To Plaintiff own Legal material.

Amended Complaint   4. OF 38

30 AFTER Plaintiff informing The COURT, The Court finding Good Cause, ISSUED a ORDER Directing the Sheriff Should bring to COURT each DAY with Plaintiff A copy of Plaintiff Legal file and Defendants Exhibits and Trial Documents,

31 The Court on 3-23-11 further ORDERED and Informed Defendants that Plaintiff was self REPRESENTED, FACING Trial on 3-28-11, and Should be granted ALL REASONABLE ACCESS TO Legal RESEARCH FACILITIES" — Signed by Hon: C.S Crandell, Judge, (Exhibit 3)

32 On 3-23-11, Deputies MAYES, ADAMS, MANPUL, SGT. Rushing DENIED Plaintiff ACCESS TO LAW RESEARCH FACILITIES and to his Own legal MATERIAL and Defendants Trial Briefs.

33 On 3-23-11, Defendants MAYES, ADAMS, MANPUL, SGT. Rushing, all Refused TO FEED Plaintiff and STARTED pushing Plaintiff Calling him Faggot, QUEER with Tits and Plaintiff also utilized a CANE, Deputy ULLOA smack Plaintiff in the FACE and Head calling him A RaT, ASS-Faggot. SGT Rushing was Laughing and also kicked Plaintiff saying " WE ARE The REAL Thing, not no Correctional officer (meaning Prison officers); SGT Rushing then ORDER ADAMS, MAYES To Strip The Plaintiff NAKED in the middle of the Hall, Plaintiff Then being naked was punched By Defendants, SGT, Rushing Said "no Budget, no Law Library.

Amended Complaint    5. OF 38

34. Judge on the recorder, order: "The plaintiff shall be allowed to bring to court each day whatever legal material he is able to carry with him (Exhibit 4)

35. That day returning back to county jail plaintiff was not (1) feed again and received no shower again.

36. On April 4, 2011, Plaintiff returning from trial (His last day) Defendants Ulloa, Mayes, Marshal, Adams, Sgt. Rushing, got the plaintiff naked in A-Hall and started to punch, strike and kick plaintiff calling him a RAT FAGGOT, QUEER chick with a dick, then plaintiff was placed in A-6 without medical attention.

37. From 3-15-11 to 4-4-11, plaintiff was denied exercises yard, showers, missed 8 meals, no clothing exchange.

38. There is no grievance process to file when its against Correctional State (Exhibit 5).

REQUEST FOR RELIEF

39. Nominal Compensation.

40. Compensation from each defendant in the sum of $ 450,000.00

41. Punitive damages from each defendant in the sum of $ 500,000.00

42. Pain & Suffering, emotional pain, emotional distress, mental damages in sum of $ 500,000.00

43. All and any cost incurred in prosecuting this case and all and any attorney fees, court cost.

Amended Complaint          6 of 38

44. I RAMON MURILLO, PLAINTIFF HEREIN VERIFY and SIGN UNDER penalty of PERJURY that there was no grievance available to plaintiff as DEFENDANT MADE its own policy of not gaving a grievance available TO inmates for issues herein complain of.

DATE:

RAMON MURILLO

## Claims:

CLAIM ONE: DEFENDANTS San LUIS OBISPO COUNTY, and COUNTY SHERIFF and SAN LUIS OBISPO COUNTY JAIL, SHERIFF IAN PARKISON, and ALL NAMED DEFENDANTS: VIOLATED PLAINTIFF'S FIRST and 14th Amendment Rights TO complaint and Retaliated:

CLAIM TWO: VIOLATION of 1st, 14th, 8th Amendments: When the DEFENDANTS Retaliated By Beating Plaintiff for Exercising His Rights:

Plaintiff herein joins his arguments for claim's One and two:

Plaintiff on or about MARCH 16, 2011 arrived at San LUIS OBISPO COUNTY JAIL. Plaintiff was given the Prison Rules book.

Amended Complaint    7 OF 38

During the course of March 16, 2011 to March 23, 2011, The plaintiff Mr. Murillo, attempted to get access to his legal material and to access the law library, to prepare for the readiness conference and pre-trial motions. Sgt. Rushing told plaintiff that he had no right to the law library without proof on a court order stating that Mr. Murillo was Pro Per. Then Deputy Mayes, USOR told Mr. Murillo that he could not access his legal property, because they did not feel like going to the property room. Mr. Murillo in second watch asked Dpty. Manpul, Adams for access to the 502 room to be able to prepare for trial and requested access to his legal material, they said no.

On March 23, 2011, Plaintiff informed the court of San Luis Obispo, that defendants would not give Mr. Murillo access to his personal legal material, legal books, and where refusing to give Mr. Murillo access to the law library. The plaintiff informed the court of the policy written in the County jail rules and policies which states in relevant part:

A. "The San Luis Obispo County Jail maintains a law library for inmate use. The law library is available 24 hours a day as staffing levels permit.

E. "The following priority order for law library use will be followed:
    • Pro Per inmates
        • Unsentenced inmates
        • Sentenced inmates

Amended Complaint            8 of 38

THE San Luis Obispo Superior Court Judge Charles S. Crandell, on 3-23-11, issued a order that so STATED in RELEVANT PART: "If it can be reasonably accomplished THE Sheriff shall being to Court each day's with the Plaintiff, a COPY of Plaintiff' Legal File and Defendant's Exhibits and TRIAL Documents" and

"THE Plaintiff is self-Represented, FACING TRIAL on 3/28/11 and Should be granted all Reasonable Access to Legal RESEARCH Facilities," (Exhibit 3).

On March 23, 2011, Returning From court, Mr. Murillo was beaten & Punch while he was naked due to a Body Search. Defendants called Mr. Murillo a RAT, then denied him Medical Care. This RETALITORY Act arose From Mr. Murillo requesting a court Order.

On March 24, 2011, Plaintiff Reported The Problem to The Court and The Court issued a Order that states in relevant PART: "The Plaintiff shall be allowed to being to Court each day whatever legal material he is able to carry with him". (Exhibit 4). Defendant still never gave Mr. Murillo his Legal Property, only access to One File. Mr. Murillo never was given access to the Law Library or research material. (SEE Plaintiff Complaint-Amended Numbers 23 to 38).

April 4, 2011, upon Mr. Murillo's Return From his Last Day of TRIAL, Rushing, Ulloa, Adams, Mandul, and Mayes strip search Mr. Murillo, started calling him FAGGOT RAT, Transgender Bitch and beat Mr. Murillo

Amended Complaint   9 OF 38

DEFENDANTS have the following grievance policy in relevant PART 8
E. "Grievances requesting punishment of any kind TOWARD any
custody staff member and "group grievances" are not
allowed and will not be considered. (Exhibit 5).

FURTHER MR. MURILLO was NOT allowed to file a grievance
against his housing in Administration Segregation. Defendants policy
states in relevant PART
H. "Your Housing location is not a grievable issue". (Exhibit 5)

MR. MURILLO, exercised his right to request access to the law
Library and his legal Material, defendants retaliated. Then the
DEFENDANTS instructed MR. MURILLO to obtain a court order stating
he was Self-Represented and required access to research
Facilities. When MR. MURILLO complied, defendants retaliated,
and beat MR. MURILLO for attempting to file a grievance.
DEFENDANTS violated MR. MURILLOS Constitutional Rights MR.
MURILLO was denied 8 meals and showers and yard exercise.
For this reason, Plaintiff prays this court allow him to
proceed with claim 1 & 2.
Plaintiff upon his arrival to the California Mens Colony, reported
that he needed medical care. (Exhibit 6 & 7).

Amended Complaint.    10 OF 38

Claim 3: Violation of 1st, 8th, 14th Amendments: Defendants County Jail, County of San Luis Obispo, Sheriff Ian Parkison of San Luis Obispo, and All named Defendants Denyed Plaintiff Access to the Law Library, Legal Material, Plaintiffs own Legal Material, Food, Hygiene and Yard;

Plaintiff herein alleges that he was denied by the defendants access to a Law Library and to Legal Material. Mr. Murillo was Denied Dinner for 14 days out of 34 days stayed in the San Luis Obispo County Jail. Plaintiff was Denied Yard or Recreational time From 3-9 to 4-15-11. Denied also Showers and Hygiene.

A. Access to the Law Library:

"Officials who operate Prisons or Jails have an affirmative obligation to help prisoners by Providing Law Libraries or by providing Legal assistance": Stanko v. Patton (D. Nebb. 2008) 568 F. Supp. 2d 1061.

The County of San Luis Obispo that runs and oversees The San Luis Obispo County Jail and Sheriff Ian Parkinson-Sheriff, made a policy based on Budget problems to justified Violating Due Process Right and 8th Amendment Right to Access to Law Libraries. Since no Legal Assistance was provided to Mr. Murillo by the defendants. The Defendants therefore by not making a Law Library available in the County Jail, created a unreasonable barrier to

Amended Complaint    11 of 38

Prevent Inmates from Pursuing Legal Matters.

Mr. Murillo, supra, has shown that he obtain court orders instructing the Sheriff to give Mr. Murillo access to research facilities, as Mr. Murillo, was a self represented inmate the court further instruct the Sheriff to allow Mr. Murillo access to his own legal material, (Exhibit 2,3,4,5). Mr. Murillo has established that defendants failed to live up to an affirmative failed its obligation, of prisoner right to access to law library and the negative obligation, makes it clear that Mr. Murillo has no other hurdle to overcome before he may recover. In its own policy of (rule) booklet, defendants clearly stated that the law library would be available 24 hrs a day. Yet defendants due to budget or whatever reason decided to make no law library available to prisoner, under their custody.

Mr. Murillo, placed a request to access the law library as per defendant policy, defendants denied it required Mr. Murillo to get a court order, Mr. Murillo obtain the court order, not only do defendants still denied access to the law library, but beat up Mr. Murillo as retaliation.

## B. Food, Hygiene, Recreation/Yard Exercises.

As part of the retaliation for Mr. Murillo exercising his right to complain directly to the courts, defendants also refuses Mr. Murillo 8 dinner, 30 something days with out yard or showers, and hygiene material.

Amended Complaint    12 of 38

C: NO ACCESS TO LEGAL MATERIAL:

Defendants not only denied MR. Murillo access to his own Legal material, but as Part of defendants own policy & procedure that any indigent Pro Per Established inmate will have unlimited access to writing Legal Paper, Pencil, Envelopes, Postage and any Other Legal material.

MR. Murillo, Requested Legal Paper to write his Legal briefs and oppositions, also a pencil, ERASER and defendants Refused. MR. Murillo was Denied the material need to mail them to the court and opposing counsel. He also RECEIVED his Legal mail open.

D: RETALIATION & INJURIES:

Not only did MR. Murillo received Several beatings, but he received other injuries.

MR. Murillo was not able to research and prepare for Pre-TRIAL Motions to file with superior court, causing MR. Murillo to Lose his motion for lack of supporting Legal CASE Law. MR. Murillo was not able to research Jury instructions and other Pre-Trial opposition motions.

Amended Complaint    13 OF 38

Defendant County of San Luis Obispo and County Jail along with Ian Parkison, made policy making official decision to close the Law library in the county Jail, Their decision not to make a Law library available to inmates, because of Budget concern, does VIOLATE CONSTITUTIONAL Rights. The policy not to make Legal material available to inmates, such policy was implemented to discourage inmates from Representing them-selfs, and retaliating against ones that seek to be Self-Represented, this has STEAM from a official policy making decision made by defendants, The defendants continue to give Rules Booklet to inmates upon there arrival, in county Jail that Law Libraries are available 24-hours a day, But made it a general policy not to give a Law Library period.

Amended complaint          15 OF 38

# E. ARGUMENT:

MR. MURILLO has fully and completely complied with Cali
GOUT. CODE § 911.2 and with "MUNOZ v. CALIFORNIA, 33 Cal.App.4th
1767, 1772 (1995) (Exhibit 8-9). & Rodriguez v. BERBARY, W.D.N.Y.
1998, 992 F. Supp. 592.

" RESTATEMENT OF TORTS § 320: DUTY OF PERSON Having CUSTODY of
Third Persons:

"One who is required by law to take or who voluntarily takes
the custody of another under circumstances such as to deprive
the other of his normal power of self-protection or to subject him
to association (Association) with persons likely to harm him, is under
a duty of exercising reasonable care so to control the conduct of third
Persons as to prevent them from intentionally harming the other or so
Conducting themselves as to create an unreasonable Risk of harm
to him, if the actor (A) know or has reason to know that the
has the ability to control the conduct of the third persons and
(b) knows of should know of the necessity and opportunity for
exercising such control."

"A Prisoner is entitled to judicial relief for a violation of his
First Amendment rights aside from any physical, mental or Emotional
injury he may have sustained. ROLOE v. Shake, C.A.7 (Ind) 1999,
196 F.3d 778".

"THE SUPREME COURT Authorized the Award of punitive Damages
under the Circumstances outlined in 9 Smith v. WADE, 461 U.S. 30, 103
SCT.1625, (1983)

The Defendants where Final policy makers as matter of county law and policy making authority Lied with the offic polices that could only be adopted and implemented and they authorized a subordinate decision to close all law Library and made it a final decision.

" THE SEVENth Amendment provides: "In suits at common L where the value in controvery shall exceed twenty dollars, the right of trial by jury shall be preserved.... SEVENth Amendment provides a jury guarantee for federal actions at law, which include certain 3 1983 actions".

Actionable wrongs in the prison context include verbal threats by a prison guard" : Burton v. Livingston, 791 F.2d 97 (9th Cir 1986) ; Gaut v. Sunn, 792 F.2d 874 (9th Cir 1986).

" The First Amendment guarantees all prison inmates the right to "meaningful access to the courts," Bounds v. Smith, 430 U.S. 817, 822-25 (1977) ; Lewis v. Casey, 518 U.S. 343 (1996). THE "Fundamental constitutional right of access to the courts requires prison Authorities to assist inmates in the preparation and filing of meaningful legal papers by providing prisoners with adequate law Libraries or adequate assistance from persons trained in the law" Bounds supra at 828 (Dixon v. Brown, 38 F.3d 379 (8th Cir. 1994).

For all the reasons herein stated plaintiff signs under penalty and verifies this complaint and prays for grant to proceed.

Respectfully

Date 3/21/12

Radion Murillo

(16) of 38  ORIGINAL

# EXHIBIT COVER PAGE

7

EXHIBIT

## DESCRIPTION OF THIS EXHIBIT:

Booking Report

## NUMBER OF PAGES TO THIS EXHIBIT: _____ 1 _____ PAGES.

## JURISDICTION: (Check only one)

☐ CDCR Administrative Appeal

☐ California Victim Compensation
And Government Claims Board

☐ Municipal Court

☐ Superior Court

☐ Appellate Court

☐ State Supreme

☒ United States District Court

☐ United States Circuit Court

☐ United States Supreme Court

CV-11-10131-GAF

16

San Luis Obispo County
Sheriff's Department

# Booking Report - Inmate Copy

| | |
|---|---|
| *Booking #:* A00601152   *ID #:* 442597 | *Report Date/Time:* 3/20/2011 09:28:31 |
| **MURILLO, RAMON A** | *Booking Date/Time:* 3/20/2011 09:12:00 |
| | *Inmate Status:* PEND |
| | *Housing Location:* IRC001 |
| | *Release Date/Time:* |

## BOOKING COMMENTS

HERE ON OTP.  AM1116

## CHARGES

## HOLDS

*Type:* DETA                                    *Hold Until Date/Time:*

   *Comments:* DO NOT RELEASE   CDC # P43503
*Hold Cleared Date/Time:*
   *Comments:*

## BOOKING SENTENCE

## VEHICLE

*Vehicle Towed By:*                                                          Keys In Vehicle: ☐
*Address:*                                          *Phone:*                 Hold On Vehicle: ☐
*Comments:*

# EXHIBIT COVER PAGE

2

EXHIBIT

**DESCRIPTION OF THIS EXHIBIT:**

D. LAW LIBRARY POLICY

**NUMBER OF PAGES TO THIS EXHIBIT:** _1_ PAGES.

DOUBLE sided

**JURISDICTION:** (Check only one)

- ☐ CDCR Administrative Appeal
- ☐ California Victim Compensation And Government Claims Board
- ☐ Municipal Court
- ☐ Superior Court
- ☐ Appellate Court
- ☐ State Supreme
- ☒ United States District Court
- ☐ United States Circuit Court
- ☐ United States Supreme Court

CV-11-10131-GAF

(19)

- Associations

- Medical and/or mental conditions

C. You may be administratively segregated in a single or isolation cell due to your classification. You may also be subject to a restriction of privileges. These actions are not discipline or punishment.

D. If you have been sentenced to 60 days or more, you may request a review of your classification status once every 30 days.

E. Your housing location is not a grievable issue.

### 3. LAW LIBRARY

A. The San Luis Obispo County Jail maintains a Law Library for inmate use. The Law Library is available 24-hours a day, as staffing levels permit.

B. If you want to use the Law Library, you will submit an Inmate Request form to be placed on the Law Library schedule. If you refuse to use the Law Library when a Correctional Officer calls you, you must re-submit an Inmate Request form in order to be placed on the schedule again.

C. No more than two inmates from the same housing unit may use the Law Library at the same time. The decision of placing two mutually housed inmates in the Law Library at the same time will be at the discretion of the assisting Correctional Officer.

D. Materials that are authorized in the Law Library include: pencils, erasers, paper, legal correspondence, and jail approved writing materials. You will not remove any materials from the Law Library except those items you brought in with you. Any abuse of legal resources or Law Library facility will result in criminal charges or disciplinary action including suspension of your Law Library privileges.

E. The following priority order for Law Library use will be followed:
- Pro per inmates
- Unsentenced inmates
- Sentenced inmates

F. Certain legal publications may be maintained on a computer in the Law Library. You will not misuse or damage the computer or its enclosure, nor use the computer for any reason other than to research legal publications that are maintained on the computer.
- You will immediately notify an officer if you discover that the computer is not working.

---

magazines and newspapers will be donated to the jail. They will not be placed in your Property Bag, nor will they be given, sold, or traded by you to another inmate. You may take your book(s) with you, or donate the book(s) to the jail. To donate them, you must cross off your name and write, "donated to the San Luis Obispo Jail", and initial your entry. You may keep up to three (3) books in your cell. Excess books will be placed in your property. Books, magazines and newspapers will not be forwarded to you after your release. It is your responsibility to notify the publisher of your change of address.

E. Outgoing letters are limited to four pages (written on both sides).

F. The following are not accepted in incoming mail:

- Hardbacked books
- Photographs larger than 4" x 6"
- Instant-type (Polaroid) photographs
- Photos or pictures of nude or partially nude subjects
- Books, envelopes or greeting cards larger than 6" x 10"
- Greeting cards with raised or embossed surfaces
- Greeting cards made from heavyweight paper or card stock
- Any type of sticker attached to an envelope or its contents
- Personal checks, money orders not issued by the U.S. Postal Service, two-party checks and welfare/social security checks
- Postage stamps, blank greeting cards, envelopes, or writing paper
- Packages of any type (without written approval of a Correctional Sergeant)
- Food or medication
- Staples

It is your responsibility to inform those who write to you of these regulations.

G. You will not keep more than ten (10) personal letters or more than three (3) pounds of legal mail in your housing unit. Any mail in excess of these limits will be given to a Correctional Officer to be stored in your Property Bag.

H. You will present all outgoing legal or confidential mail UNSEALED to a Correctional Officer for inspection. Correctional Officers will inspect the legal or confidential mail in your presence and then have you seal it. Correctional Officers will sign and date the reverse side of the envelope and place it with the outgoing mail.





# EXHIBIT COVER PAGE

3

EXHIBIT

## DESCRIPTION OF THIS EXHIBIT:

Court order   3-23-11

## NUMBER OF PAGES TO THIS EXHIBIT: _____ 1 _____ PAGES.

## JURISDICTION: (Check only one)

☐ CDCR Administrative Appeal

☐ California Victim Compensation
   And Government Claims Board

☐ Municipal Court

☐ Superior Court

☐ Appellate Court

☐ State Supreme

☒ United States District Court

☐ United States Circuit Court

☐ United States Supreme Court

CV-11-10131-GAF

21

SAN LUIS OBISPO SUPERIOR COURT
ROOM 385-7-220
COUNTY GOVERNMENT CENTER
SAN LUIS OBISPO, CA. 93408

FOR COURT **FILED**

MAR 23 2011

SAN LUIS OBISPO SUPERIOR COURT
BY _____
L. Velley, Deputy Clerk

THE PEOPLE OF THE STATE OF CALIFORNIA,

Ramon Murillo  PLAINTIFF,
VS.
Joseph Kuntz,  DEFENDANT.

REMANDING ORDER/ CONTINUANCE

DOCKET NUMBER: CVO60845

AGENCY:  SLSO
AGENCY CASE:
ID NUMBER:  0000000011
BK NUMBER:

CHARGES TO WIT  ***

> DEFENDANT APPEARING IN PROPRIA PERSONA, GIVEN COPY OF COMPLAINT,
  STATES TRUE NAME _____, COMPLAINT AMENDED ACCORDINGLY.

✓ IS HEREBY COMMITTED TO THE CUSTODY OF
  THE SHERIFF OF THE COUNTY OF SAN LUIS OBISPO
  THE CALIFORNIA MENS COLONY
  ATASCADERO STATE HOSPITAL
WHO IS ORDERED TO TRANSPORT SAID DEFENDANT AND PRODUCE
HIM/HER IN COURT AT THE LOCATION, TIME AND DATE SET BELOW.

> TO COUNTY JAIL FOR A PERIOD OF _____ DAYS AS A TERM OF
  PROBATION, COMMENCING _____
  TO COUNTY JAIL TO SERVE _____ 48 HOUR PERIODS AS A TERM
  OF PROBATION, COMMENCING _____
  ACTUAL TIME SERVED _____ DAYS.
  TO STATE PRISON/ _____ STATE HOSPITAL
  FOR _____

NEXT APPEARANCE:
✓ SAN LUIS OBISPO BRANCH       DATE: 3/24/11
  GROVER BEACH BRANCH
  PASO ROBLES BRANCH           TIME: 8:30 am
  SUPERIOR COURT DEPARTMENT  9

BAIL IS SET IN THE SUM OF $ No Bail

> DEFENDANT ORDERED RELEASED FROM CUSTODY
  DEFENDANT ORDERED RELEASED ON OWN RECOGNIZANCE
If it can be reasonable accomplished the Sheriff shall bring to Court each day
with the Plaintiff, a copy of Plaintiffs legal file and defendant's Exhibits and
Trial documents

DATED _____

JUDGE OF THE SUPERIOR COURT

DATED 3/23/11

DEPUTY CLERK

456   LSL114-M074.

The Plaintiff is self. represented, facing trial on 3/28/11, and should
be granted all reasonable access to legal research facilities.
The Plaintiff shall arrive in court each day, starting Monday,
3/28/11, attired in civilian clothing.

3/23/11   Crandell   JSC

27

# EXHIBIT COVER PAGE

4

EXHIBIT

DESCRIPTION OF THIS EXHIBIT:

Court Order  3-24-11

NUMBER OF PAGES TO THIS EXHIBIT: _____1_____ PAGES.

JURISDICTION: (Check only one)

☐ CDCR Administrative Appeal

☐ California Victim Compensation
   And Government Claims Board

☐ Municipal Court

☐ Superior Court

☐ Appellate Court

☐ State Supreme

☒ United States District Court

☐ United States Circuit Court

☐ United States Supreme Court

CV-11-10131-GAF

23

SAN LUIS OBISPO SUPERIOR COURT
ROOM 385 / 220
COUNTY GOVERNMENT CENTER
SAN LUIS OBISPO, CA. 93408.

THE PEOPLE OF THE STATE OF CALIFORNIA,
Ramon Murillo          PLAINTIFF,
vs.
Joseph Kuntz           DEFENDANT.

REMANDING ORDER/ CONTINUANCE.

**FILED**

FOR COURT USE ONLY

MAR 24 2011

SAN LUIS OBISPO SUPERIOR COURT
BY _Lynne W. Tekley_
L. Tetley, Deputy Clerk

DOCKET NUMBER: CU060845

AGENCY: SLSO
AGENCY CASE:
ID NUMBER: 00000000011
BK NUMBER:

CHARGES TO WIT    ***

< > DEFENDANT APPEARING IN PROPRIA PERSONA, GIVEN COPY OF COMPLAINT,
STATES TRUE NAME _____, COMPLAINT AMENDED ACCORDINGLY.

IS HEREBY COMMITTED TO THE CUSTODY OF
< > THE SHERIFF OF THE COUNTY OF SAN LUIS OBISPO
< > THE CALIFORNIA MENS COLONY
< > ATASCADERO STATE HOSPITAL

WHO IS ORDERED TO TRANSPORT SAID DEFENDANT AND PRODUCE
HIM/HER IN COURT AT THE LOCATION, TIME AND DATE SET BELOW

< > TO COUNTY JAIL FOR A PERIOD OF _____ DAYS AS A TERM OF
PROBATION, COMMENCING _____
< > TO COUNTY JAIL TO SERVE _____ 48 HOUR PERIODS AS A TERM
OF PROBATION, COMMENCING _____
< > ACTUAL TIME SERVED _____ DAYS.
< > TO STATE PRISON/ _____ STATE HOSPITAL
FOR _____

NEXT APPEARANCE:
< > SAN LUIS OBISPO BRANCH          DATE: 3/28/11
< > GROVER BEACH BRANCH            TIME: 8:30am
< > PASO ROBLES BRANCH
< > SUPERIOR COURT DEPARTMENT

BAIL IS SET IN THE SUM OF: No Bail

< > DEFENDANT ORDERED RELEASED FROM CUSTODY
< > DEFENDANT ORDERED RELEASED ON OWN RECOGNIZANCE

The Plaintiff Shall be allowed to bring to Court each day
whatever legal materials he is able to carry with him.

DATED _____
                    JUDGE OF THE SUPERIOR COURT

DATED 3/24/11      _Lynne W. Tekley_
                    DEPUTY CLERK
                                        458    LSET14-M074.

# EXHIBIT COVER PAGE

5

EXHIBIT

DESCRIPTION OF THIS EXHIBIT:

11. GREIVANCE PROCESS    (E) (F)

NUMBER OF PAGES TO THIS EXHIBIT: ___1___ PAGES.

Double Side

JURISDICTION: (Check only one)

☐ CDCR Administrative Appeal

☐ California Victim Compensation
And Government Claims Board

☐ Municipal Court

☐ Superior Court

☐ Appellate Court

☐ State Supreme

☑ United States District Court

☐ United States Circuit Court

☐ United States Supreme Court

CV/11-10131- GAF

(25)

# 11. GRIEVANCE PROCESS

A. You may appeal any policy, action, or decision relating to your confinement, which has a significant adverse affect on you, through the grievance process except when stated otherwise in these Inmate Rules.

B. You may obtain an Inmate Grievance Appeal form by requesting one through the inmate request process. You may not request more than one Inmate Grievance Appeal form at a time.

C. Carefully follow the directions on the form, filling out each applicable section completely and neatly. Return the completed form to a Correctional Officer.

D. Grievances will be resolved at lowest appropriate staff level. You will receive a written response to your grievance or appeal. If you are dissatisfied with any response to your grievance, you may appeal the response to the next highest staff level (see Inmate Grievance Appeal form for details).

E. Grievances requesting punishment of any kind toward any Custody Staff member and "group grievances" are not allowed and will not be considered.

F. Grievance forms will not contain more than one (1) grievable item per form.

G. Malicious or irresponsible use of the grievance appeal procedure may result in disciplinary action.

H. Your housing location is not a grievable issue.

# 12. HOUSING & CLASSIFICATION

A. Classification personnel will assign your housing location. Some housing locations/units/cells are more restrictive than others but are not intended as a punishment. Housings are based on safety, security, and other factors.

B. Factors determining your classification include, but are not limited to:
- Sex, and age
- Criminal history
- Nature of current charges
- History of assaultive behavior
- Escape and/or disciplinary history

13

G. You may request copies of legal documents related to court correspondence and blank court forms that you cannot obtain through your attorney.
- A maximum of three (3) copies of each page may be made for the purpose of filing legal documents with the court.
- You may request numbered legal paper, known as pleading paper, for copying purposes.

H. Inmates who have been granted Pro-Per status shall be provided:
- Privileged (unrecorded) phone conversations.
- Privileged phone conversations are limited to the Pro-Per inmate's court ordered Legal Assistants.
- Legal Assistants are court appointed attorneys, investigators, paralegal, or a legal runner.
- Pro Per inmates requesting privileged phone calls will list the name and phone numbers on an Inmate Request Slip and submit the request to a correctional officer.
- Long distance phone calls will be collect. Non-collect local calls are by court order.

# 14. MAIL

A. All incoming mail will be addressed as follows:

YOUR NAME & IDENTIFICATION NUMBER
P. O. Box 15409
San Luis Obispo, CA 93406

B. You will write your name, identification number, and jail return address (as indicated above) in the front, upper left hand corner of each outgoing envelope. No other writing or drawing is allowed on the front or back of the envelope.

C. You are permitted to send and receive as many letters as you wish.

D. All books, magazines and newspapers must be prepaid. These items must be sent directly from the publisher or retail outlet and delivered by the U.S. Postal Service or mail delivery service to your jail address. Any book or magazine which contains obscenity, items relating to gambling; or material tending to incite violence, racism, riot, arson, or any other crime will not be accepted into the jail. Magazines and newspapers will be exchanged on a one-for-one basis when the mail is delivered. Exchanged

15

26

# EXHIBIT COVER PAGE

6

EXHIBIT

DESCRIPTION OF THIS EXHIBIT:

CDCR REQuest form for — 4.5.11
medical Attention

NUMBER OF PAGES TO THIS EXHIBIT: _____ / _____ PAGES.

JURISDICTION: (Check only one)

- [ ] CDCR Administrative Appeal
- [ ] California Victim Compensation
  And Government Claims Board
- [ ] Municipal Court
- [ ] Superior Court
- [ ] Appellate Court
- [ ] State Supreme
- [x] United States District Court
- [ ] United States Circuit Court
- [ ] United States Supreme Court

CV 11-10131 GAF

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

1020685
DEPARTMENT OF CORRECTIONS

## PART I:  TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:      MEDICAL ☑      MENTAL HEALTH ☐      DENTAL ☐      MEDICATION REFILL ☐

| NAME Murillo | CDC NUMBER P43503 | HOUSING 429B |
|---|---|---|
| PATIENT SIGNATURE | | DATE 4-5-11 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) On 4-4-11 I arrived from SLO county Jail and I need MEDICAL to see me because my back and Ribs hurt from being assaulted by Deputy Sheriffs.

Pain Scale 9

NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

## PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

# EXHIBIT COVER PAGE

7

EXHIBIT

## DESCRIPTION OF THIS EXHIBIT:

CDCR MEDICAL FORM

4/21/11

## NUMBER OF PAGES TO THIS EXHIBIT: _____ 1 _____ PAGES.

## JURISDICTION: (Check only one)

☐ CDCR Administrative Appeal

☐ California Victim Compensation
   And Government Claims Board

☐ Municipal Court

☐ Superior Court

☐ Appellate Court

☐ State Supreme

☑ United States District Court

☐ United States Circuit Court

☐ United States Supreme Court

CV-11-10131-G AP

(28)

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

DEPARTMENT OF CORRECTIONS

# HEALTH CARE SERVICES REQUEST FORM

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☑ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

NAME: Murillo R

CDC NUMBER: P43503

HOUSING: F3-11-129

DATE: 4/21/11

PATIENT SIGNATURE:

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

I would like to be seen for pain in ribs. I was beat up by the deputies and my side still hurts as well as my back.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM.*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office)

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

30

# EXHIBIT COVER PAGE



EXHIBIT

**DESCRIPTION OF THIS EXHIBIT:**

LETTER OF REJECTION OF CLAIM BY COUNTY

**NUMBER OF PAGES TO THIS EXHIBIT:** _____3_____ **PAGES.**

**JURISDICTION: (Check only one)**

☐ CDCR Administrative Appeal

☐ California Victim Compensation
  And Government Claims Board

☐ Municipal Court

☐ Superior Court

☐ Appellate Court

☐ State Supreme

☑ United States District Court

☐ United States Circuit Court

☐ United States Supreme Court

CV/11- 10131-GAF


31



June 22, 2011

~~Ramon Murillo P-43503~~
480 Alta Road
San Diego, CA 92179

RE:  **Principal:**          **County of San Luis Obispo**
     **Claimant:**          **Murillo**
     **Date of Loss:**      **4/4/2011**
     **Our File:**          **1566346-MM**

## NOTICE OF REJECTION OF CLAIM

Dear Mr. Murillo:

Please be advised that Carl Warren & Company is the authorized agent of the County of San Luis Obispo for claims administration and has been granted that authority pursuant to California Government Code, Section 31000.8 to reject, settle, compromise and/or approve public liability claims against the County of San Luis Obispo and its officers and employees.

Notice is hereby given that the claims, which you presented to the Clerk of the Board of Supervisors, on June 14, 2011 and June 15, 2011, were rejected.

## WARNING

Subject to certain exceptions, you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim.  See *Government Code, Section 945.6.*

The six (6) month time limit referred to in this notice applies only to claims or causes of action which are governed by the California Tort Claims Act.  You may seek the advice of an attorney of your choice with this matter.  If you desire to consult an attorney, you should do so immediately.

It should be noted that if a Court finds that a legal action against a governmental entity, including the County of San Luis Obispo is frivolous, without merit and/or not brought and/or maintained in good faith and reasonable cause, the County will have no alternative but to vigorously pursue its rights to recover all of its expenses, including reasonable

# CARL WARREN & CO.

**CLAIMS MANAGEMENT & CONSULTING**
**WWW.CARLWARREN.COM**
P.O. Box 7059 • Ventura, CA 93006
Phone: (805) 650-7020 • Fax: (805) 658-9950

attorney's fees associated with the defense of such litigation. The County's recovery would, in part, be based upon *Code of Civil Procedure, Sections 128.7 and 1038.*

Further, we wish to point out to you the *CCP §1021.7* allows the Court, in its discretion, to award reasonable attorney's fees to Defendant or Defendants as part of costs, upon a finding that the cause of action against a **peace officer** was not filed and/or maintained in good faith and with reasonable cause. The County of San Luis Obispo will vigorously pursue its attorney's fees and costs, if the facts and circumstances warrant.

Sincerely,

CARL WARREN & COMPANY

Mauri McGuire
Client Relationship Manager

Enclosure:
Proof of Service by Mail

Cc:     With Enclosures

        Clerk Recorder for the Board of Supervisors
        County Government Center, Room D-120
        San Luis Obispo, CA 93408

        San Luis Obispo County Risk Manager
        County Government Center, Room D250
        San Luis Obispo, CA 93408



## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA

COUNTY OF VENTURA

I am a citizen of the United States and a resident of the County of Ventura, over the age of 18 and not a party to the within entitled action; my business address is P.O. Box 7059, Ventura, CA  93006.

That on June 22, 2011 , I served  the documents, to wit:

### NOTICE OF REJECTION OF CLAIM

On Ramon Murillo, by placing a true copy thereof in a sealed envelope with postage thereon, fully prepaid, in the United States Mail at Ventura, California addressed as follows:

> Ramon Murillo P-43503
> 480 Alta Road
> San Diego, CA 92179

I declare under penalty of perjury that the foregoing is true and correct.  Executed at Ventura, California on June 22, 2011.

Mauri McGuire
Client Relationship Manager

Cc:   Clerk Recorder for the Board of Supervisors
       San Luis Obispo County Risk Manager

## CARL WARREN & CO. 
**CLAIMS MANAGEMENT & CONSULTING**
WWW.CARLWARREN.COM
P.O. Box 7059 • Ventura, CA 93006
Phone: (805) 650-7020 • Fax: (805) 658-9950

# EXHIBIT COVER PAGE

9

EXHIBIT

## DESCRIPTION OF THIS EXHIBIT:

Gov. Claims

## NUMBER OF PAGES TO THIS EXHIBIT: _____3_____ PAGES.

## JURISDICTION: (Check only one)

☐ CDCR Administrative Appeal

☐ California Victim Compensation
And Government Claims Board

☐ Municipal Court

☐ Superior Court

☐ Appellate Court

☐ State Supreme

☑ United States District Court

☐ United States Circuit Court

☐ United States Supreme Court

CV-11-10131-GAF

35



STATE OF CALIFORNIA
EDMUND G. BROWN JR., Governor

GOVERNMENT CLAIMS PROGRAM
400 R Street, 5th Floor ♦ Sacramento, California 95811
Mailing Address: P.O. Box 3035 ♦ Sacramento, California 95812
Toll Free Telephone Number 1-800-955-0045 ♦ Fax Number: (916) 491-6443
Internet: www.vcgcb.ca.gov

ANNA M. CABALLERO
Secretary
State and Consumer Services Agency
Chairperson
JOHN CHIANG
State Controller
Board Member
MICHAEL A. RAMOS
San Bernardino County District Attorney
Board Member
JULIE NAUMAN
Executive Officer

Ramon Murillo P43503
480 Alta Rd
San Diego, CA  92179

May 16, 2011

RE:  Claim G596891 for Ramon Murillo, P43503

Dear Ramon Murillo,

The Victim Compensation and Government Claims Board (VCGCB) received your claim on April 26, 2011.

We have reviewed your claim and determined that the VCGCB has no jurisdiction to consider the claim for the following reason(s):

The entity that you allege caused the damages or injuries is not a State Government Agency.

The Victim Compensation and Government Claims Board does not have jurisdiction over the San Luis Obispo County or San Luis Obispo County Sheriff/County Jail.  If you wish to pursue the matter further, please contact the San Luis Obispo County.

The VCGCB will take no further action on your claim. If you have questions about this matter, please mention letter reference 97 and claim number G596891 when you call or write your claim technician/analyst at (800) 955-0045.

Sincerely,


Government Claims Program
Victim Compensation and Government Claims Board


cc:


Ltr 97 No Jurisdiction



**Government Claims Form**
**California Victim Compensation and Government Claims Board**
**P.O. Box 3035**
**Sacramento, CA 95812-3035**

**1-800-955-0045 · www.governmentclaims.ca.gov**

State of California

For Office Use Only
Claim No.:

## Is your claim complete?

| | |
|---|---|
| ✓ | New! Include a check or money order for $25 payable to the State of California. |
| ✓ | Complete all sections relating to this claim and sign the form. Please print or type all information. |
| ✓ | Attach receipts, bills, estimates or other documents that back up your claim. |
| ✓ | Include two copies of this form and all the attached documents with the original. |

## Claimant information

**①** Murillo  Ramon  P43503     **②** Tel: (619) (616) 6580
Last name    First Name    MI    **③** Email:

**④** 480 Alta Road    San Diego    CA - 92179
Mailing Address    City    State    Zip

**⑤** Best time and way to reach you:

**⑥** Is the claimant under 18?   ☐ Yes  ☑ No   If YES, give date of birth: ☐ ☐ ☐
MM    DD    YYYY

## Attorney or Representative Information

**⑦** N/A    **⑧** Tel:
Last name

**⑨⑩** N/A
Mailing Address    City    State    Zip

**⑪** Relationship to claimant:  N/A

## Claim Information

**⑫** Is your claim for a stale-dated warrant (uncashed check) or unredeemed bond?  ☐ Yes  ☐ No

State agency that issued the warrant:    If NO, continue to Step ⑬

Dollar amount of warrant:    Date of issue:
Proceed to Step ㉒    MM    DD    YYYY

**⑬** Date of Incident: 3-19-11 TO 4-4-11

Was the incident more than six months ago?   ☐ Yes  ☑ No
If YES, did you attach a separate sheet with an explanation for the late filing?   ☐ Yes  ☐ No

**⑭** State agencies or employees against whom this claim is filed:

San Luis Obispo County    Deputy Ulloa   John Doe 1-5
San Luis Obispo County Sheriff County Jail    Deputy Mayer    Deputy   Sgt. Rushing

**⑮** Dollar amount of claim: 45,000

If the amount is more than $10,000, indicate the type    ☐ Limited civil case ($25,000 or less)
of civil case:    ☑ Non-limited civil case (over $25,000)

Explain how you calculated the amount:

Denial of constitutional rights pain & suffering and damages

㊵ ㉟

Location of the incident:

San Luis Obispo County Jail - Sheriff Dept

Describe the specific damage or injury:

I was beat-up by Deputies - Denied 1st Amendment and I was Denied Access To The Law Library and Medical Care "I was Denied Full & Complete Access To Legal Material

Explain the circumstances that led to the damage or injury:

I had 3 Court Orders for Access To Law Library & my Legal Material and when I filed a Grievance Form, Because I was Been Denied Access, I was Punched and Slam on the wall by the Deputies and did not get Access To Legal Facilities.

Explain why you believe the state is responsible for the damage or injury:

Because I was detained at San Luis Obispo County Jail

Does the claim involve a state vehicle?  ☐ Yes  ☑ No

If YES, provide the vehicle license number, if known:

## Insurance Information

N/A

Name of Insurance Carrier

Mailing Address                    City        N/A        State    Zip

Policy Number:                              Tel:
Are you the registered owner of the vehicle?        ☐ Yes    ☐ No

Has a claim been filed with your insurance carrier, or will it be filed?   ☐ Yes   ☐ No
Have you received any payment for this damage or injury?    N/A    ☐ Yes   ☐ No
If yes, what amount did you receive?
Amount of deductible, if any:
Claimant's Drivers License Number:          Vehicle License Number:  N/A
Make of Vehicle:              Model:              Year:
Vehicle ID Number:

## e and Signature

I declare under penalty of perjury under the laws of the State of California that all the information I have provided is true and correct to the best of my information and belief. I further understand that if I have provided information that is false, intentionally incomplete, or misleading I may be charged with a felony punishable by up to four years in state prison and/or a fine of up to $10,000 (Penal Code section 72).

Signature of Claimant or Representative            Date  4/18/11

Mail the original and two copies of this form and all attachments with the $25 filing fee or the "Filing Fee Waiver Request" to: Government Claims Program, P.O. Box 3035, Sacramento, CA, 95812-3035. Forms can also be delivered to the Victim Compensation and Government Claims Board, 630 K Street, Sacramento.

## ate Agency Use Only

Name of State Agency                    Fund or Budget Act Appropriation No.

Name of Agency Budget Officer or Representative        Title

Signature                        Date        VCGCB-GC-002 (Rev. 8/04)

38