UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| RAMON MURILLO, | ) | No. CV 11-10131-GAF (VBK) |
| Plaintiff, | ) | ORDER |
| v. | ) | |
| IAN PARKINSON, et al., | ) | |
| Defendants. | ) | |

    Plaintiff is a state prisoner proceeding pro se and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. §1915. Pursuant to 28 U.S.C. §1915(b)(1), Plaintiff is required to pay the statutory filing fee of $350.00 for this action.[1]  By separate Order dated October 11, 2012, and in accordance with the statutory provisions, Plaintiff is required to pay the full fee and payments shall be collected and forwarded by the appropriate agency to the Clerk of the Court, until the filing fee is paid in full.

---

[1] The statutory filing fee for all civil actions except applications for writs of habeas corpus is $350.00. 28 U.S.C. §1914(a).

1    The Magistrate Judge has reviewed the First Amended
2 Complaint and has determined the First Amended Complaint states
3 a cognizable claim for relief pursuant to 42 U.S.C. § 1983. The
4 Magistrate Judge finds that if the allegations of the first
5 Amended Complaint are proven, Plaintiff has a reasonable
6 opportunity to prevail on the merits of this action. 28 U.S.C.
7 §1915(g)(2).

   In accordance with the above, **IT IS HEREBY ORDERED** that:

1. Plaintiff's request for leave to proceed <u>in forma pauperis</u> is granted.

2. Service is authorized for the following Defendant(s) only: Deputy Ulloa, Deputy Manpal, Deputy Adams, Deputy Mayes, Sgt. Rushing, Sheriff Ian Parkinson and County of San Luis Obispo. A separate Order requiring the United States Marshal Service to effectuate service shall issue.

3. The Clerk of the Court shall send Plaintiff a USM-285 form for each Defendant on whom service is authorized as well as one summons, an instruction sheet and checklist and a file stamped copy of the Complaint. Plaintiff is to submit these materials, properly filled out, to the U.S. Marshal's Service within twenty (20) days of the date of this Order.

4. Within twenty days from the date of this Order, Plaintiff shall file with this Court a notice that all required documents have been submitted to the U.S. Marshal Service. Plaintiff should use the form provided entitled "Notice of Submission of Documents to

      U.S. Marshal." Plaintiff need not attempt service on Defendant(s) named in this Order and need not request waiver of service. The Court will direct the United States Marshal to serve the above-named Defendants pursuant to Fed.R.Civ.P.4, without payment of costs.

5. Plaintiff is advised that, under Federal Rule of Civil Procedure 4(m), service of the summons and complaint must be accomplished on each named Defendant within 120 days after the filing of the complaint. The 120-day period will expire on February 11, 2013. **Plaintiff is warned that his failure to effectuate service by that date may result in the dismissal of the action without prejudice as to any unserved Defendant(s) by reason of Plaintiff's failure to prosecute, unless Plaintiff can show good cause for extending the time for service.**

**IT IS FURTHER ORDERED** that Plaintiff shall serve upon Defendant(s) or, if appearance has been entered by counsel, upon defense counsel, a copy of every further pleading or other document submitted for consideration by the Court. Plaintiff shall include with the original paper to be filed with the Clerk of the Court a certificate stating the date on which a true and correct copy of any such document was mailed to Defendant or his counsel. Any paper received by a District Judge or Magistrate

//
//
//
//

1  Judge which has not been filed with the Clerk or which fails to
2  include a certificate of service will be disregarded by the
3  Court.
4
5  DATED: October 11, 2012              /s/
                                        VICTOR B. KENTON
6                                       UNITED STATES MAGISTRATE JUDGE