UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| RAMON MURILLO,<br><br>             PLAINTIFF(S)<br><br>       vs.<br><br>IAN PARKINSON, et al.,<br><br>             DEFENDANTS | CASE NUMBER<br><br>CV 11-10131-GAF (VBK)<br><br>ORDER DIRECTING SERVICE OF<br>PROCESS BY THE UNITED STATES<br>MARSHAL |

A request and declaration having been presented in accordance with the provisions of 28 U.S.C. §1915, and an Order having been filed permitting commencement of suit without prepayment of the full filing fees:

IT IS HEREBY ORDERED that the United States Marshal is authorized to proceed with service of process upon the following defendants <u>only</u> without prepayment of cost, until further Order of the Court:*

| | | |
|---|---|---|
| Deputy Ulloa | X individually | X official capacity |
| Deputy Manpal | X individually | X official capacity |
| Deputy Adams | X individually | X official capacity |
| Deputy Mayes | X individually | X official capacity |
| Deputy Sgt Rushing | X individually | X official capacity |
| Sheriff Ian Parkinson | X individually | X official capacity |
| County of San Luis Obispo | X individually | X official capacity |

*Upon receipt of this order, the United States Marshal may request that the defendant(s) waive service. If a waiver of service is not returned by a defendant within thirty (30) days of the date of mailing a request for waiver, the United States Marshal shall personally serve process upon that defendant.

DATED: 10-11-2012

VICTOR B. KENTON
UNITED STATES MAGISTRATE JUDGE

**UNDER NO CIRCUMSTANCES SHALL PLAINTIFF ADD ANY NAMES OR MODIFY THIS FORM**