**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ramon Murillo,<br><br>    Plaintiff,<br><br>  vs.<br><br>Ian Parkinson, et al.<br><br>    Defendants. | Case No. 2:11-cv-10131 JGB (JCx)<br><br>**ORDER REGARDING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Judge: Honorable Jesus G. Bernal |

# ORDER

THE COURT, having considered the Stipulation of the parties, hereby orders:

1. The above-captioned action is dismissed with prejudice.
2. Each party shall bear its own costs and attorneys' fees.
3. The Court shall retain jurisdiction over this matter to enforce the terms of the settlement.

**IT IS SO ORDERED:**

Dated: March 14, 2018

Honorable Jesus G. Bernal
United States District Judge